UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

C.Q., ET AL.,

              Plaintiffs,

    - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.,

              Defendants.
_____

21-cv-3 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties should disregard the endorsement at Docket No. 53. The parties should submit a status report to Magistrate Judge Cott by August 19, 2022.

SO ORDERED.

Dated:    New York, New York
            July 22, 2022

                                            John G. Koeltl
                                   United States District Judge