# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

May 1, 2023

BY ECF
The Honorable John G. Koeltl, United States District Judge
United States District Court - Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *C.Q. and J.Q. v. New York City Department of Education et al.,*
               21-cv-0003 (JGK)(JLC)

Dear Judge Koeltl:

      I represent Plaintiffs in the above-referenced action and am writing jointly on behalf of the parties to provide the letter to Your Honor that Magistrate Judge Cott directed the parties to write in his order dated April 3, 2023 (*see* ECF No. 77).

      As the parties discussed with Magistrate Judge Cott, Plaintiffs provided Defendants with a proposed amended complaint last week on April 25, 2023. Plaintiffs apologize and respectfully seek a *nunc pro tunc* one-day extension of time to provide the amended complaint from April 24 to April 25, 2023.

      Defendants have indicated that they need additional time to review the proposed amended complaint. Thus, the parties propose submitting a letter to Your Honor no later than May 5, 2023, indicating whether Defendants will accept the proposed amended complaint or requesting a conference with Your Honor to discuss proposed motions.

      The parties thank the Court for its consideration of these requests.

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
5/2/23

Respectfully,

/s/ Elisa Hyman

Elisa Hyman
*Counsel for the Plaintiffs*

cc: David Thayer, Esq., Counsel for Defendants.