THE LAW OFFICE OF
# ELISA HYMAN, P.C.

May 8, 2023

BY ECF
The Honorable John G. Koeltl, United States District Judge
United States District Court - Southern District of New York
500 Pearl Street
New York, NY 10007

*Application granted.*
*So ordered.*
*John G. Koeltl*
*U.S.D.J.*
*5/9/23*

Re:   C.Q. and J.Q. v. New York City Department of Education et al.,
      21-cv-0003 (JGK)(JLC)

Dear Judge Koeltl:

I represent Plaintiffs in the above-referenced action and am writing jointly on behalf of the parties to request an extension of the letter due today (see ECF No. 81) concerning Plaintiffs' proposed amended complaint. This is the parties' second extension request concerning this letter.

Defendants' counsel informed me this afternoon that he is still not back in the office due to the personal health emergency that I referenced in the letter to the Court on May 5, 2023 (ECF No. 80). As such, he requested that Plaintiffs' counsel request a joint extension of time to submit the letter to the Court until Wednesday, May 10, 2023.

Thus, under the circumstances, the parties propose submitting a letter to Your Honor no later than May 10, 2023, indicating whether Defendants will accept the proposed amended complaint or requesting a conference with Your Honor to discuss proposed motions.

The parties thank the Court for its consideration of these requests.

Respectfully,

*/s/ Elisa Hyman*

Elisa Hyman
*Counsel for the Plaintiffs*

cc: David Thayer, Esq., Counsel for Defendants.