# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

May 15, 2023

*BY ECF*
The Honorable John G. Koeltl, United States District Judge
United States District Court - Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *C.Q. and J.Q. v. New York City Department of Education et al.,*
              21-cv-0003 (JGK)(JLC)

Dear Judge Koeltl:

I represent Plaintiffs in the above-referenced action and am writing jointly on behalf of the parties to request an extension one week for Plaintiffs to file the amended complaint and another week extension for Defendants to answer, which would modify the prior schedule as follows:

1. Plaintiffs' amended complaint is due May 22, 2023; and
2. Defendants' deadline to file an answer to the amended complaint is June 21, 2023.

Due to Defendants' counsel's illness last week the parties were unable to address a logistical issue of the substitution of parties and execute a stipulation to amend the caption to substitute party names that had to be accomplished in order for the amended complaint to be accepted by the clerk's office.

The parties thank the Court for its consideration of these requests.

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
5/16/23

Respectfully,

*/s/ Elisa Hyman*

Elisa Hyman
*Counsel for the Plaintiffs*

cc: David Thayer, Esq., Counsel for Defendants.