# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

May 22, 2023

BY ECF
The Honorable John G. Koeltl, United States District Judge
United States District Court - Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
5/23/22

Re:    C.Q. and J.Q. v. New York City Department of Education et al.,
       21-cv-0003 (JGK)(JLC)

Dear Judge Koeltl:

I represent Plaintiffs in the above-referenced action and am writing jointly on behalf of the parties to request a second short extension for Plaintiffs to file the amended complaint and another corresponding extension for Defendants to answer. This is the parties second request to amend the schedule. The new proposed schedule will be as follows:

1. Plaintiffs' amended complaint is due May 30, 2023; and
2. Defendants' deadline to file an answer to the amended complaint is June 27, 2023.

Due to Defendants' counsel's ongoing illness, as previously described, the parties were unable to address a logistical issue of the substitution of parties and execute a stipulation to amend the caption to substitute party names that had to be accomplished for the amended complaint to be accepted by the clerk's office. The parties executed that stipulation and proposed order today and filed it with the Court. Following the Court's endorsement, the Plaintiff can file the amended complaint.

The parties thank the Court for its consideration of these requests.

Respectfully,

/s/ Elisa Hyman

Elisa Hyman
*Counsel for the Plaintiffs*

cc: David Thayer, Esq., Counsel for Defendants.