UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

C.Q., ET AL.,

                Plaintiffs,        21-cv-3 (JGK)

    - against -                ORDER

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The telephone conference scheduled for **April 3, 2024**, at **12:00 p.m.** is rescheduled to **April 15, 2024**, at **12:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           April 1, 2024

                                      _____
                                         John G. Koeltl
                                      United States District Judge