UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.Q., ET AL.,

          Plaintiffs,

- against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.,

          Defendants.

21-cv-3 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The time for the defendants to file a motion is **May 10, 2024**. The time for the plaintiffs to file a response is **May 31, 2024**. The defendants may reply by **June 7, 2024**. Discovery is stayed on the Category II Claims provided that the defendants file a motion on those claims by **May 10, 2024**.

SO ORDERED.

Dated:    New York, New York
           April 15, 2024

                                  John G. Koeltl
                            United States District Judge