UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

C.Q., ET AL.,

        Plaintiffs,

  - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.,

        Defendants.

21-cv-3 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendants are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to dismiss. ECF No. 118.

SO ORDERED.

Dated:    New York, New York
           August 6, 2024

                                  John G. Koeltl
                            United States District Judge