USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/21/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.Q. and J.Q,

Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION, *et al.*,

Defendants.

**ORDER**

21-CV-3 (JGK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' October 20, 2025 letter requesting a one-week extension of time to file the Parties' proposed discovery plan and Plaintiffs' prospective motion to compel. ECF No. 167. The Parties' request is GRANTED, and the Parties' proposed discovery plan and Plaintiffs' prospective motion to compel are now due on **October 28, 2025**. Defendants shall file their response to the motion to compel, if any, by **November 4, 2025**.

Further, the conference previously scheduled for October 29, 2025 to address the motion to compel is adjourned to **November 24, 2025** at **4:00 p.m**. Counsel should contact chambers using the Couret's conference line, +1 646-453-4442 (Conference ID: 213 041 618#).

**SO ORDERED.**

Dated: October 21, 2025
New York, New York

Henry J. Ricardo
United States Magistrate Judge