UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.Q. and J.Q,

                Plaintiffs,

      -v-

NEW YORK CITY DEPARTMENT OF EDUCATION, *et al.*,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/29/2025
```

**ORDER**

21-CV-3 (JGK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' proposed discovery plan. ECF No. 169.

The schedule is **APPROVED**, and the parties will adhere to the following schedule:

- Close of document discovery: **March 2, 2026.**
- Close of fact deposition discovery: **March 31, 2026**[1]
- Expert reports: **May 4, 2026.**
- Close of expert discovery: **June 8, 2026.**
- Close of all discovery: **July 23, 2026.**
- Cross-motions for Summary Judgment (on liability only): **August 27, 2026.**
- Summary Judgment Responses: **October 1, 2026.**
- Summary Judgment Replies: **October 29, 2026.**

---

[1] The Parties requested a deadline of "April 2, March 31, 2026." In light of the holiday on April 2, the Court will impose a deadline of March 31, 2026.

**SO ORDERED.**

Dated: October 29, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge