UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2025

C.Q. AND J.Q,

                Plaintiffs,

    -v-

NEW YORK CITY DEPARTMENT OF
EDUCATION, *et al.*,

              Defendants.

**ORDER**

21-CV-3 (JGK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of the Parties' December 2, 2025 letter, ECF No. 175 (the "Letter"). The Parties state in the Letter that they "may seek to request that discovery be stayed pending a settlement conference." Letter at 1. There will be no stay of discovery due to settlement discussions. The Parties may discuss next steps toward settlement off the record at the end of the conference scheduled for December 5, 2025. *See* ECF Nos. 172 and 174. Counsel should contact chambers on **December 5, 2025** at **11:00 a.m.** using the Court's conference line, + 1 646-453-4442 (Conference ID: 831 041 800#).

**SO ORDERED.**

Dated: December 3, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge