UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.Q. AND J.Q,

                              Plaintiffs,

              -v-

NEW YORK CITY DEPARTMENT OF
EDUCATION, *et al.*,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2025

**ORDER**

21-CV-3 (JGK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' December 12, 2025 letter providing their availability for a settlement conference.  ECF No. 179.  A settlement conference is scheduled before the undersigned on **December 30, 2025** at **10:00 a.m.**, in Courtroom 21D at 500 Pearl Street, New York, New York 10007.

The parties are directed to review and comply with the Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo (the "Procedures"), available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

By **December 19, 2025**, the parties shall submit to RicardoNYSDChambers@nysd.uscourts.gov their Acknowledgment Form, Ex Parte Settlement Letter, and availability for an Ex Parte Pre-Settlement Call as described in paragraphs 5–7 of the Procedures.  **The Ex Parte Settlement Letter should not be sent to the other parties.**

The parties should exchange their initial settlement demands and responses in advance of their Ex Parte Settlement Letter submissions.

1

The parties—not just the attorneys—must attend the settlement conference. Corporate parties, insurance companies, or any other party that is not a natural person must send to the conference the person ultimately responsible for giving settlement authority. Government agencies are subject to additional requirements specified in the Procedures. If it would be a great hardship for the party to attend, upon written application in advance of the conference the undersigned will sometimes excuse that party's presence, but will require that party to be available by telephone throughout the settlement conference.

**SO ORDERED.**

Dated: December 16, 2025
     New York, New York

Henry J. Ricardo
United States Magistrate Judge

2