UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/2026

C.Q. AND J.Q,

                Plaintiffs,

        -v-

NEW YORK CITY DEPARTMENT OF
EDUCATION, *et al.*,

                Defendants.

**ORDER**

21-CV-3 (JGK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' January 12, 2026 joint status letter.

ECF No. 183.  The Parties are directed to file a further joint status letter by **March 16, 2026.**

**SO ORDERED.**

Dated: January 13, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge