UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/18/2026_

C.Q. AND J.Q,

     Plaintiffs,

  -v-

NEW YORK CITY DEPARTMENT OF
EDUCATION, *et al.*,

     Defendants.

**ORDER**

21-CV-3 (JGK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

  Pursuant to the Court's January 13, 2026 order, ECF No. 184, the parties were directed to file a joint status letter by March 16, 2026. To date, so far as the docket reflects, the parties have not filed the joint status letter. The court *sua sponte* extends the deadline for the parties to file a joint status letter to **March 25, 2026.**

**SO ORDERED.**

Dated: March 18, 2026
   New York, New York

        _____
        Henry J. Ricardo
        United States Magistrate Judge

1