UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/2026

C.Q. AND J.Q,

                Plaintiffs,

        -v-

NEW YORK CITY DEPARTMENT OF
EDUCATION, *et al.*,

                Defendants.

**ORDER**

21-CV-3 (JGK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' March 25, 2026 joint status letter.  ECF No. 188.  The parties' request for a stay of discovery deadlines pending the submission of a stipulation and order of dismissal is **DENIED**.

The undersigned has previously denied the parties' requests to stay discovery during settlement discussions.  *See* ECF Nos. 166, 176.  After a settlement conference held on short notice in December 2025 failed to resolve this case, *see* ECF Nos. 180–82, the undersigned set a schedule to bring this early 2021 case to a close and warned that "no further extension will be granted absent extraordinary circumstances."  ECF No. 186 (emphasis in original).  The parties have not described any extraordinary circumstances beyond their continuing negotiations.  Therefore, the deadlines set forth in the order at ECF No. 186 remain in place absent further order.

The parties are directed to file a further joint status letter by **April 24, 2026.**

**SO ORDERED.**

Dated: March 26, 2026
       New York, New York

Henry J. Ricardo
United States Magistrate Judge

2