UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2026

C.Q. AND J.Q,

          Plaintiffs,

          -v-

NEW YORK CITY DEPARTMENT OF
EDUCATION, *et al.*,

          Defendants.

**ORDER**

21-CV-3 (JGK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of the parties' letter motion, ECF No. 190 (the "Letter Motion"), requesting reconsideration of the Court's order denying a stay of deadlines while the parties discuss settlement. The Letter Motion is **GRANTED** due to a material change in circumstances.

    The parties now represent that they have reached agreement on all substantive terms of a settlement, and all that remains unresolved are plaintiffs' claims for attorney's fees. Given that representation, all discovery and summary judgment deadlines, which were last set forth in ECF No. 186, are vacated. To be clear, these deadlines are not stayed, which suggests they might be reinstated later, but are vacated because there is no need for fact discovery, expert discovery or summary judgment motions in light of the parties' settlement. Also vacated is the requirement to submit a joint status letter on April 24, 2026. *See* ECF No. 189. Because all that remains to resolve is a claim for attorney's fees, plaintiffs' fees

1

motion is due on **May 12, 2026**, defendants' opposition is due on **June 9, 2026**, and plaintiffs' reply is due on **June 23, 2026**.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 190 as **GRANTED**.


**SO ORDERED.**

Dated: March 31, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge