UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.Q. AND J.Q,

                    Plaintiffs,

          -v-

NEW YORK CITY DEPARTMENT OF
EDUCATION, *et al.*,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2026

**ORDER**

21-CV-3 (JGK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiffs' letter motion, ECF No. 193 (the "Letter Motion"), requesting to adjourn the deadlines set forth in the undersigned's order at ECF No. 192 regarding briefing a motion for attorneys' fees. The Letter Motion is **GRANTED**. The parties are directed to file a joint letter regarding the status, but not substance, of settlement negotiations related to attorneys' fees by **June 18, 2026**.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 193 as **GRANTED**.

**SO ORDERED.**

Dated: May 20, 2026
       New York, New York

Henry J. Ricardo
United States Magistrate Judge