UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/2026
```

C.Q. AND J.Q,

                           Plaintiffs,                        **ORDER**

           -v-                                               21-CV-3 (JGK) (HJR)

NEW YORK CITY DEPARTMENT OF
EDUCATION, *et al.*,

                           Defendants.


**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' June 17, 2026 joint status letter.  ECF No. 196.  The parties are directed to file a further joint letter regarding the status of settlement by **July 20, 2026**.


**SO ORDERED.**

Dated: June 18, 2026
        New York, New York

Henry J. Ricardo
United States Magistrate Judge