USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.Q. AND J.Q,

Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION, *et al.*,

Defendants.

**ORDER**

21-CV-3 (JGK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' August 20, 2026 letter requesting to extend the deadline for the joint status letter. ECF No. 200. The request is **GRANTED.** The parties are directed to file a joint letter regarding the status of settlement by **August 25, 2026**.

**SO ORDERED.**

Dated: August 21, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge