USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.Q. AND J.Q,

Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION, *et al.*,

Defendants.

**ORDER**

21-CV-3 (JGK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' August 25, 2026 letter requesting to extend the deadline to submit a joint status letter. ECF No. 202. The request is **GRANTED**. The parties shall submit a joint status letter on **September 10, 2026**.

The undersigned notes that the parties announced that they had agreed on all substantive terms of settlement on March 30, 2026, ECF No. 190, and have apparently failed to reach agreement on attorneys' fees in the last five months. Unless the September 10, 2026 status report advises that this matter has been resolved, an in-person conference is scheduled for **September 23, 2026** at **3:00 p.m.** in Courtroom 21D at 500 Pearl Street, New York, New York 10007 to discuss next steps, including setting a briefing schedule for a fee application.

The parties are reminded that pursuant to Rule II(A) of the undersigned's Individual Rules and Practices for Civil Cases, all extension and adjournment requests must be made by letter motion filed on the docket; extensions should not be requested in status letters.

**SO ORDERED.**

Dated: August 26, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge