UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/22/2026

C.Q. AND J.Q,

Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION, *et al.*,

Defendants.

**ORDER**

21-CV-3 (JGK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' September 22, 2026 letter motion, ECF No. 208 (the "Letter Motion"), stating that the parties have agreed to the amount of attorney's fees. In light of the agreement, the Letter Motion is **GRANTED.** The conference scheduled for September 23, 2026 is adjourned *sine die*. The parties shall file their stipulation resolving this case by **October 22, 2026.**

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 208 as **GRANTED.**

**SO ORDERED.**

Dated: September 22, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge