USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.Q. AND J.Q,

Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION, *et al.*,

Defendants.

**ORDER**

21-CV-3 (JGK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Parties have failed to meet the October 22, 2026 deadline to file a completed stipulation, ECF No. 209, which they characterized as "one final 30-day extension" in their letter at ECF No. 208. The Parties also failed to seek an extension of that deadline.

The deadline to file the stipulation is extended sua sponte to **October 29, 2026**. If the Parties fail to file a stipulation by this deadline, they shall appear before the undersigned on **November 4, 2026** at **4:00 p.m.**, in Courtroom 21D at 500 Pearl Street, New York, New York 10007 to discuss next steps.

**SO ORDERED.**

Dated: October 23, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge